**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JULIUS POSTELL** : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-5146** |
| : | |
| **P/O MARQUISE RAY, ET AL.** : | |

**ORDER**

This 3rd day of September, 2024, discovery in this matter having been previously stayed, it is hereby **ORDERED** that this matter shall be marked **STAYED** pending the resolution of criminal charges in *United States v. Julius Postell*, 20-cr-360.  Counsel shall file a status report with the Court on or before March 3, 2024, and then every 90 days thereafter.


　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　United States District Judge